THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 30, 2017



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

Esperanza Unida, Inc.,                              Case No. 17-25597-beh

           Debtor-in-possession.        Chapter 11

**ORDER ON DEBTOR'S MOTION FOR EXTENSION OF TIME**

      On June 5, 2017, the debtor filed a petition under chapter 11 of the Bankruptcy Code. The petition did not contain the debtor's schedules and the documents required by 11 U.S.C. section 521, so those items were due on June 19. Fed. R. Bankr. P. 1007(c). The debtor successfully obtained an extension from the court to June 30.

      On June 30, the debtor filed a second extension request. The debtor explains that it needs seven additional days to file the documents because its architect is still finishing an evaluation of the debtor's real estate, which will presumably affect values in the debtor's schedules.

      The United States trustee has opposed the motion, arguing that a July 7 deadline would be prejudicial because the parties in interest would only

have one business day to review the documentation prior to the July 11 meeting of creditors.

The court agrees that a July 7 deadline would prejudice creditors and the United States trustee. The court also notes that to the extent that valuations are the reason why the debtor cannot timely file its schedules and documents, the debtor can always amend its filings at a later date upon completion of the valuations. Fed. R. Bankr. P. 1009(a). Consequently, the court will not grant the debtor an extension to July 7, but will afford the debtor a shortened extension to complete its schedules and documents.

Accordingly,

IT IS ORDERED that the debtor must file the schedules and the documents required by 11 U.S.C. section 521 no later than **July 5, 2017**.

It is so ORDERED.

#####