THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 7, 2017



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

    Esperanza Unida, Inc.,            Case No. 17-25597-beh

        Debtor-in-possession.      Chapter 11

**ORDER DISMISSING CASE**

Based on the stipulation between the debtor and the United States trustee for dismissal of this case, and the court finding cause pursuant to 11 U.S.C. section 1112(b),

IT IS ORDERED that the debtor's case is DISMISSED.

#####